**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

DANIEL JOHN WATTS,

    Plaintiff,                                         Case No.: 1:26-cv-01130

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

## SCHEDULE A TO COMPLAINT

| No. | Defendants |
|---|---|
| 1 | HAMINHTHUAN |
| 2 | XiaoLian-GS |
| 3 | Berobu |
| 4 | Hengtuo Co., Ltd |
| 5 | Remenix |
| 6 | timepoly |
| 7 | SHIDESHIN |
| 8 | Ruichen Co., Ltd. |
| 9 | Rui Ai |
| 10 | DXShop |
| 11 | Coosticker US |
| 12 | Veson US |
| 13 | Taeekiy Direct |
| 14 | Ausaye |
| 15 | qianzhongxigu |
| 16 | StickerPop |
| 17 | chunmeiQ5958 |
| 18 | HANCHUMAOYI |
| 19 | shirupingshop |
| 20 | 太原纬宸贸易有限公司 |
| 21 | TSCOCC |
| 22 | Marsley |
| 23 | Acko™ Store |

| | |
|---|---|
| 24 | XingZhiJiShuFuWu |
| 25 | kunmingxichunshangmaoyouxiangongsi |
| 26 | WSSAFZ |
| 27 | KKFJXC |
| 28 | lanlingxianfeiyuanshangmaoyouxiangongsi |
| 29 | shuting |
| 30 | dioskk |
| 31 | MengLe Toy |
| 32 | Something Blue & Something Green |
| 33 | 昆明超平哈同商贸有限公司 |
| 34 | Beauty is a wonderful thing in the world |
| 35 | yujiestore |
| 36 | JHG |
| 37 | SUPERDANT |
| 38 | Fangwu WL |
| 39 | GLOBLELAND |
| 40 | sanyi |
| 41 | SFTD |
| 42 | GOMAKERER |
| 43 | hugfunny |
| 44 | SHMMELZ vailetShop |
| 45 | UniqueGarb |
| 46 | DIYHaven |
| 47 | Mu Tao Ecommerce Business |
| 48 | Sewlume |
| 49 | Stencilly |
| 50 | ouliangVV |
| 51 | Stashly |
| 52 | Zhendejiade |
| 53 | CustomChicCo |
| 54 | TapestryTrove |
| 55 | FDL Timebeat Shirt |
| 56 | BELLALULUBB |
| 57 | CharmCoveShop |
| 58 | Wan Ai Yuan lucE |
| 59 | UniqueSew |
| 60 | carpet four |
| 61 | DreamVibe |
| 62 | Word IOEMSKF |

| 63 | XTChon luck |
|----|-------------|
| 64 | SanMuLs |
| 65 | Perfect DS |
| 66 | Sticker Buffet |
| 67 | DAWINRK SHOP |
| 68 | kawaii go stickers |
| 69 | funny go sticker local |
| 70 | YY stickers |
| 71 | funny paper |
| 72 | AAAOIIXZ SHOP |
| 73 | MFZQ |
| 74 | XLANYUX |
| 75 | TemuXiaoQIQI |
| 76 | Farddwps |
| 77 | Farerps |
| 78 | Faddr |
| 79 | Fardreawj local |
| 80 | Farytps |
| 81 | Fadcps |
| 82 | Farps local |
| 83 | Farppss |
| 84 | Mystery Trading Shop |
| 85 | Qianqing Jewelry |
| 86 | Yayadou Jewelry |
| 87 | Fardreawd local |