**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

DANIEL JOHN WATTS,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:26-cv-01130

Judge Franklin U. Valderrama

Magistrate Judge Jeffrey T. Gilbert

**AMENDED SCHEDULE A TO COMPLAINT**

| No. | Defendant |
|-----|-----------|
| 1   | Fardreawd local |